## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YANGJIANG XINHE HOUSEWARE CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> TELEBRANDS CORP., <br><br> Defendant. | C.A. No. 1:25-cv-00365-JLH |

### DECLARATION OF JOHN E. HANDY IN SUPPORT OF PLAINTIFF YANGJIANG XINHE HOUSEWARE CO., LTD.'S REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION

I, John E. Handy, declare as follows:

1. I am an attorney licensed to practice law in Virginia, Massachusetts, New York, and New Jersey, and am a partner at the law firm Rimon P.C. I am lead counsel for Plaintiff Yangjiang Xinhe Houseware Co., Ltd. ("Plaintiff" or "Xinhe") in this case and am admitted *pro hac vice*. The factual assertions herein are made of my own personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. Attached as Exhibit A is a copy of the declaratory judgment of noninfringement complaint in *Jack Henry & Associates, Inc. v. Plano Encryption Technologies LLC*, Case No. 3:15-cv-03745-N (N.D. Tex.).

3. Attached as Exhibit B is a copy of Plano Encryption Technologies LLC's motion to dismiss in *Jack Henry & Associates, Inc. v. Plano Encryption Technologies LLC*, Case No. 3:15-cv-03745-N (N.D. Tex.).

4. Attached as Exhibit C is a copy of a letter I received from Telebrands' counsel on June 24, 2025.

1

5.      Attached as Exhibit D is a copy of the fully executed indemnification agreement between Xinhe and its garden hose resellers, which was produced to Telebrands on June 6, 2025, and Bates stamped XINHE000001-000008.

6.      Attached as Exhibit E is a copy of an email sent from my law firm, Rimon PC, to Telebrands' counsel attaching a native, non-Bates-stamped version of XINHE000001-000008, with instructions on how to access the document metadata.  The document metadata indicates that the fully executed indemnification agreement was both created and last modified on May 17, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 25, 2025

_____
John E. Handy