RIMÔN LAW
www.rimonlaw.com

October 23, 2025

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Yangjiang Xinhe Houseware Co., Ltd. v. Telebrands Corp.*,
              Case No. 1:25-cv-00365-JLH

Dear Judge Hall:

    We write on behalf of Plaintiff Yangjiang Xinhe Houseware Co., Ltd. ("Xinhe") in this action. To date, the Court has suspended a ruling on Xinhe's preliminary injunction ("PI") motion (D.I. 37 (originally filed at D.I. 8)) to evaluate whether Xinhe has standing to bring suit for declaratory judgment of noninfringement. (*See* D.I. 36 (dismissing PI Motion without prejudice to refile and ordering production of indemnification agreement); D.I. 50 (ordering Xinhe to show cause as to standing or dismiss the case without prejudice).) Briefing on the refiled PI Motion closed on June 25, 2025 (*see* D.I. 46), and Xinhe responded to the Court's order to show cause as to standing on July 22, 2025 (D.I. 51).

    As explained in Xinhe's PI motion, Xinhe supplied garden hoses to resellers on Amazon.com. (*See* Dkt. 39 (Decl. of Yinhai Chen) ¶ 2.) Because Defendant Telebrands Corp. caused Amazon to delist those garden hose listings, Xinhe had to issue a notice of work stoppage to its employees. (*See id*. ¶ 14, Exs. C and D.)

    Although resuming normal business operations will be a slow and uncertain process at this point, particularly since garden hose sales are very minimal in the fall and winter months, it is Xinhe's intention to start that as soon as possible. Therefore, we respectfully ask the Court to prioritize, as its schedule permits, a ruling on Xinhe's standing to bring suit, and in turn, a ruling on Xinhe's pending PI motion if standing is decided in Xinhe's favor. Alternatively, and if

helpful to the Court, we welcome a status conference at the Court's convenience to address any outstanding issues in relation to Xinhe's standing to bring suit.

    We trust the Court understands and pardons our letter request as one born out of business necessity and not out of disrespect for the Court's busy schedule. We appreciate the Court's consideration of this request.

Respectfully submitted,

RIMON, P.C.

/s/ Zhun Lu

Zhun Lu